UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ALLDREDGE,<br><br>             Plaintiff,<br><br>     v.<br><br>SHE D'EVIL KLINTON,<br><br>             Defendant. | Case No.   16-cv-4299-TEH<br><br>ORDER OF DISMISSAL |

Plaintiff, an inmate at Kern Valley State Prison, filed this pro se civil rights action under 42 U.S.C. § 1983. Plaintiff is granted leave to proceed in forma pauperis in a separate order. His complaint is now before the Court for initial screening pursuant to 28 U.S.C. § 1915A.

I

Federal courts must engage in a preliminary screening of cases in which prisoners seek redress from a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The court must identify cognizable claims or dismiss the complaint, or any portion of the complaint, if the complaint "is frivolous, malicious, or fails to state a claim upon which relief may be granted," or "seeks monetary relief from a defendant who is immune from such relief." Id. § 1915A(b). Pleadings filed by pro se litigants, however, must be liberally construed. Hebbe v. Pliler, 627 F.3d 338, 342 (9th Cir. 2010);

Balistreri v. Pacifica Police Dep't., 901 F.2d 696, 699 (9th Cir. 1990).

To state a claim under 42 U.S.C. § 1983, a plaintiff must allege two essential elements: (1) that a right secured by the Constitution or laws of the United States was violated, and (2) that the alleged violation was committed by a person acting under the color of state law. West v. Atkins, 487 U.S. 42, 48 (1988).

## II

### A

Plaintiff's complaint is incomprehensible. He names as Defendants Hillary Clinton and President Obama. He seeks for them to be indicted for treason. He also presents other nonsensical conspiracy theories.

### B

A claim is frivolous if it is premised on an indisputably meritless legal theory or is clearly lacking any factual basis. See *Neitzke v. Williams*, 490 U.S. 319, 327 (1989). Sections 1915A and 1915(e)(2) accord judges the unusual power to pierce the veil of the complaint's factual allegations and dismiss as frivolous those claims whose factual contentions are clearly baseless. See Denton v. Hernandez, 504 U.S. 25, 32 (1992). Examples are claims describing fantastic or delusional scenarios with which federal district judges are all too familiar. See Neitzke v. Williams, 490 U.S. 319, 328 (1989). To pierce the veil of the complaint's factual allegations means that a court is not bound, as it usually is when making a determination based solely on the pleadings, to accept without question the truth of the plaintiff's allegations. See Denton, 504 U.S. at 32. A

finding of factual frivolousness is appropriate when the facts alleged rise to the level of the irrational or the wholly incredible, whether or not there are judicially noticeable facts available to contradict them.  See id. at 32-33.

Plaintiff's allegations and claims are meritless and frivolous, and fail to state a claim.  Because no amount of amendment could cure the deficiencies in this complaint, the action is dismissed with prejudice.

## III

For the foregoing reasons, the Court hereby orders as follows:

1. Plaintiff's complaint is DISMISSED with prejudice as frivolous and for failure to state a claim.

2. The Clerk shall close this case.

IT IS SO ORDERED.

Dated: 8/24/2016

_____
THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\CR.16\Alldredge4299.dis.docx