UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ALLDREDGE,<br><br>      Plaintiff,<br><br>  v.<br><br>SHE D'EVIL KLINTON,<br><br>      Defendant. | Case No.   16-cv-4299-TEH<br><br>JUDGMENT |

    As set forth in the Order of Dismissal, this action is DISMISSED WITH PREJUDICE.

    IT IS SO ORDERED AND ADJUDGED.

Dated: 8/24/2016

_____
THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\CR.16\Alldredge4299.jud.docx